STOKES COAL COMPANY, INC., v. BERNARD BARTH and Another, Individually and as Joint Partners, etc., Impleaded with BERNARD BARTH.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of

Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.